OPINION — AG — THE EXPENSES OF CONDUCTING THE ELECTION OF JUNE 30, 1964 TO FILL SAID VACANCY IN THE OFFICE OF COUNTY COMMISSIONER OF OKLAHOMA COUNTY, SHOULD BE BORNE BY OKLAHOMA COUNTY. (STATE ELECTION BOARD, ELECTION TO FILL VACANCY) CITE: 19 O.S. 1961 361 [19-361], 19 O.S. 1961 362 [19-362], 19 O.S. 1961 363 [19-363], 19 O.S. 1961 364 [19-364] 26 O.S. 1961 551 [26-551], 26 O.S. 1961 555 [26-555] (FRED HANSEN)